ROBERT CAPOBIANCO *v.* CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

*Peter Helwig,* in support of the petition.

*Charles Overend,* assistant attorney general, in opposition.

Decided February 5, 1980

RICHARD H. BLACKSTONE ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF EAST HARTFORD

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*David A. Zipfel,* assistant corporation counsel, in support of the petition.

*Michael E. Grossmann,* in opposition.

Decided February 5, 1980

VISITING NURSE ASSOCIATION OF NEW HAVEN *v.* COMMISSION ON EQUAL OPPORTUNITY OF THE CITY OF NEW HAVEN

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New Haven is granted by the court.

*Daniel Y. Sachs,* deputy corporation counsel, in support of the petition.

*David A. Reif,* in opposition.

Decided February 7, 1980